JAMES V. LAWRENCE, as Surviving Partner of the Firm of LAWRENCE BROTHERS, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

162   617
Case 1
j 77 AD 240

*Lawrence* v. *The Mayor,* 29 App. Div. 298, affirmed.
(Submitted March 1, 1900; decided March 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 27, 1898, affirming a judgment entered upon a dismissal of the complaint, except as to the amount admitted by the defendant to be due, by the court at a Trial Term.

*Joseph F. Daly* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.